Salah Khitab (CA Bar 330359)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate2@abushararlaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Owda Darabuawad; All Thaer<br><br>Plaintiffs,<br><br>vs.<br><br>**United States Department of Homeland Security; United States Citizenship and Immigration Services; Alejandro Mayorkas**, Secretary, Department of Homeland Security; **Ur M. Jaddou**, Director, United States Citizenship and Immigration Services; **Santa Ana Field Office; Trung Vo**, Director of the Santa Ana Field Office; **Christopher A. Wray**, Director of the Federal Bureau of Investigations.<br><br>Defendants. | Case No.:<br><br>COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |

## INTRODUCTION

1. This action is brought by Plaintiffs to compel Defendants and those acting under them to take action on a pending I-485 Application to Register Permanent Residence or Adjust Status which was submitted on July 9, 2021 and still has not received a decision on whether the adjustment of status is approved or denied.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 1

2. Plaintiff Owda Darabuawad is eligible to have his application for adjustment of status adjudicated. Plaintiff Owda Darabuawad is the spouse of Plaintiff All Thaer and she submitted an I-130 Petition for Alien Relative on his behalf on July 9, 2021. Concurrently, Plaintiff Owda Darabuawad submitted an I-485 Application to Register Permanent Residence or Adjust Status. Both the Petition and the Application were received on July 9, 2021.

3. On February 7, 2023, Defendant Santa Ana Field Office sent Plaintiff Owda Darabuawad a notice that he and his spouse were to appear for an adjustment of status interview at that office on March 7, 2023. **(Exhibit A- I-1797 Notice of Action, Interview Notice)**. Plaintiffs All Thaer and Owda Darabuawad did appear at the appointed time and location and provided testimony in support of his adjustment of status application.

4. Since the date of the adjustment of status interview, Plaintiff Owda Darabuawad has not received any notification from Defendant Santa Ana Field Office about when his adjustment of status will be completed. According to the USCIS website, the processing time for adjustment of status applications at the Santa Ana Field Office is 16.5 months, in this case, it has been over 30 months since Plaintiff Owda Darabuawad submitted his adjustment of status application. **(Exhibit B – USCIS website print-out)**.

5. On May 23, 2023, Defendant United States Citizenship and Immigration Services approved Plaintiff All Thaer's I-130 Petition for Alien Relative. **(Exhibit C – I-797 Notice of Action – Approval Notice).**

6. Defendants have violated the Administrative Procedures Act ("APA") by failing to process and issue a final decision on Plaintiff's adjustment of status application which has been

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 2

pending for over 30 months. Plaintiffs seek to compel Defendants, through a writ of mandamus, to take action and either grant or deny Plaintiff Owad Darabuawad's pending adjustment of status application.

**PARTIES**

7. Plaintiff ALL THAER is the spouse of Plaintiff Owda Darabuawad and on July 9, 2021 she filed an I-130 Petition for Alien Relative on his behalf.

8. Plaintiff OWDA DARABUAWAD filed an I-485 Application to Register Permanent Residence or Adjust Status on July 9, 2021. He testified in support of his application on March 7, 2023 at the designated field office.

9. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the United States Citizenship and Immigration Services, the Santa Ana Field Office and officers named as defendants in this complaint.

10. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing the officers named as defendants in this Complaint.

11. Defendant ALEJANDRO MAYORKAS (hereinafter "Director Mayorkas" is the Director of the Department of Homeland Security. This suit is brought against Director Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 3

and citizenship laws that are bound in the powers, duties and functions of the Department of Homeland Security.

12. Defendant UR M. JADDOU is the Director of USCIS, the agency charged with adjudicating Plaintiffs' adjustment of status application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration and execution of the immigration laws of the United States.

13. Defendant SANTA ANA FIELD OFFICE (hereinafter "Santa Ana Field Office") is an office within USCIS with direct authority and responsibility to adjudicate Plaintiff Owda Darabuawad's adjustment of status application.

14. Defendant TRUNG VO (hereinafter "Director Vo") is the director of the Santa Ana Field Office. This suit is brought against Director Vo in his official capacity, as he is charged with overseeing the adjudication of adjustment of status applications at the Santa Ana Field Office in a timely manner and ensuring the efficiency of the officers employed.

15. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## JURISDICTION

16. The Administrative Procedure Act (hereinafter "APA") recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 4

Plaintiffs suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending immigrant visa application for indefinite periods of time.

17. The APA provides pursuant to 5 U.S.C. §706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. See Biodiversity Legal Foundation v Badgley, 309 F. 3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance …no balancing of factors is required or permitted.").

18. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

## **VENUE**

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiffs reside in Bloomington, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 5

## EXHAUSTION OF REMEDIES

20. Plaintiffs have no administrative remedies. Plaintiffs have made numerous inquiries to Defendant USCIS to determine the status of the pending adjustment of status application, to no avail. There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

21. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

22. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

23. On July 9, 2021, Plaintiff All Thaer submitted an I-130 Petition for Alien Relative for her spouse Plaintiff Owda Darabuawad. On the same date, Plaintiff Owda Darabuawad submitted an I-485 Application to Register Permanent Residence of Adjust Status. Both applications were received and processed by Defendant USCIS and thereafter assigned to Defendant Santa Ana Field Office to adjudicate the adjustment of status.

24. On March 7, 2023, Plaintiffs attended the adjustment of status interview at the Defendant Santa Ana Field Office. The adjustment interview was successfully concluded and they were not instructed to return for another subsequent interview nor were they instructed that they had to submit additional documentation.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 6

25. Since attending their adjustment of status interview, the Plaintiffs have not received communication or information from the Defendant Santa Ana Field Office about how much longer the adjudication process for the adjustment of status application would take. According to the Defendant USCIS website, normal processing time at the Defendant Santa Ana Field Office should take no longer than 16.5 months after the application has been submitted. In this case, it has been over 30 months since Plaintiff Owda Darabuawad submitted his adjustment of status application.

26. Plaintiffs have no recourse to resolve their long pending adjustment of status application other than to bring their claim before this Court. Plaintiffs have attempted to ascertain the facts about how much longer they will have to wait but Defendants are wholly unresponsive to their concerns and have completely failed to address them.

## **CLAIM FOR RELIEF**

27. Plaintiffs' claim in this action is clear and certain. Plaintiffs' reallege paragraphs 1 through 26, as if fully set forth, and, Plaintiffs are entitled to an order in the nature of mandamus to compel Defendants to complete the processing of the pending application for Adjustment of Status.

28. As a result of Defendants' failure to perform their duties, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable harm. Plaintiff Owda Darabuawad's life is completely in the hands of the Department of Homeland Security during this interminable pendency of his application.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 7

29. In failing to act on these applications, Defendants are acting directly in contradiction of the congressional intent, to promote family unity, for immediate relatives of United States Citizens.

30. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff Owda Darabuawad's adjustment of status application, and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

31. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

32. Plaintiffs have made numerous attempts to secure a final decision, all to no avail. Only immigration service officers are able to make decisions on the approval or denial of an adjustment of status application, leaving no adequate remedy. Accordingly, Plaintiffs have been forced to pursue the instant action.

## PRAYER

33. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

   a. Accept jurisdiction and maintain continuing jurisdiction of this action;

   b. Declare as unlawful the violation by Defendants of failing to act on a properly filed application for adjustment of status;

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 8

c. Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d. Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Owda Darabuawad's application for adjustment of status by either approving or refusing said application, and if the application is refused, that the decision include justification to preclude the sense of retaliation for having brought this lawsuit or having exposed the Defendants' neglect;

e. Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

f. Grant such other relief at law and in equity as justice may require.

Dated this January 22, 2024    Respectfully Submitted,

/s/ Salah Khatib

Salah Khitab, Esq.
Counsel for Plaintiffs

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 9

# LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS, DARABUAWAD v. UNITED STATES DEPARTMENT OF STATE, et al.

| Exhibit | Description | Page |
|---|---|---|
| A | I-797 Notice of Action, Interview Notice | 1 |
| B | Case Processing Time for Santa Ana Field Office | 2-3 |
| C | I-797 Notice of Action, Approval Notice | 4 |

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 10

**EXHIBIT A**

# REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW

**Notice Date:** 2/7/2023

| Case Type: | | | Applicant A-Number: |
|---|---|---|---|
| FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A213459517 |
| Receipt Number: | Received Date: | Priority Date: | Page: |
| IOE0912570938 | 7/9/2021 | | 1 of 2 |

**OWDA DARABUAWAD**
**986 S TEAKWOOD ST**
**BLOOMINGTON**
**CA        92316**
C0

You are notified to appear before a USCIS officer regarding the application identified above and any supporting applications or petitions at the date, time and place listed below. *Failure to appear for the scheduled appointment and/or failure to bring the below listed items will result in the denial of your application.* (8 CFR 103.2 (b)(13))

To ensure visitor and employee health and safety within USCIS offices during the COVID-19 pandemic, please pay special attention to the sections entitled, "COVID-19 Safety Precautions" and "Who should come with you?"

**YOU MUST APPEAR FOR THIS APPOINTMENT.** However, if you are under self-isolation or quarantine, are ill, have any symptoms of illness or are at a higher age or an underlying health condition and would like to reschedule your appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be rescheduled.

**COVID-19 Safety Precautions** - To ensure the health and safety of all who enter USCIS offices, you must take the following safety precautions when arriving for your appointment:
- DO NOT arrive more than 15 minutes prior to your appointment time. You will not be permitted entry into the office until 15 minutes before your appointment.
- Check www.cdc.gov for the county COVID-19 Community Level where you will appear for your appointment to understand the prevention steps for that location.
- Follow local USCIS guidance while inside USCIS facilities.
- You may have to answer health screening questions before entering.
- Bring a black or blue ink pen with you to your appointment.

**Who should come with you?** You may be limited to who may attend your appointment with you in person.
- If your eligibility is based on your marriage, your spouse must come with you to the appointment.
- If you do not speak English fluently and are eligible to take the appointment in a language other than English, you should arrange to have an interpreter come with you to the appointment or be available via phone. If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the appointment, or be available via phone.
- If your eligibility is based on a parent/child relationship and you are a minor, your petitioning parent must come with you to the appointment.
- If you are a minor under 14 years old, a parent or guardian must come with you to appointment.
- If you have a disability and have an individual who assists you, that individual may come with you.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU** (Please use as a checklist to prepare for your interview):
- This Interview Notice and your Government-issued photo identification.
- If required, a completed Form I-693, Report of Medical Examination and Vaccination Record, and/or vaccination supplement in a sealed envelope (unless already submitted). Please see the Form I-693 Instructions for guidance on whether you need a complete medical examination, an updated vaccination supplement only, or neither.
- If required, a completed Form I-864, Affidavit(s) of Support, with all required evidence (unless already submitted). Please see the Form I-864 Instructions for guidance on whether you need a Form I-864. Required evidence for each of your sponsors includes, but is not limited to, the following:
    - Federal income Tax returns and W-2s, or certified IRS printouts, for the most recent tax year;
    - Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
    - Evidence of your sponsor's and co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- All documentation establishing your eligibility for Lawful Permanent Resident status. This includes, but is not limited to, proof of status as an asylee, refugee, or parolee (if applicable).
- Any immigration-related documentation ever issued to you, including any Form I-766, Employment Authorization Document (EAD), Form I-512 Authorization for Advance Parole, and Form I-571, Refugee Travel Document.
- All travel documents used to enter the United States, including Passports, Form I-512, Authorization for Advance Parole, Form I-571, Refugee Travel Document, and Form I-94, Arrival-Departure Record.
- Your Birth Certificate.

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833).

| 34 Civic Center Plaza, 2nd Flr, Rm 2031 | ON (Date): 3/7/2023 |
|---|---|
| Santa Ana | AT (Time): 9:00 AM |
| CA        92701 | |

**EXHIBIT B**

Para tener acceso a este sitio en español, presione aquí (./es)

# Check Case Processing Times

## Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times (./more-info) page.*

**Form ***

| I-485 | Application to Register Permanent Residence or Adjust Status |

**Form Category ***

| Family-based adjustment applications |

**Field Office or Service Center ***

| Santa Ana CA |

**Get processing time**

## Processing time for Application to Register Permanent Residence or Adjust Status (I-485) at Santa Ana CA



80% of cases are completed within

**16.5 Months**

Check your case status (https://egov.uscis.gov/casestatus/landing.do) to track the status of an immigration application, petition, or request.

ⓘ What does this processing time mean?

2

We generally process cases in the order we receive them. This processing time is based on how long it took us to complete 80% of adjudicated cases over the past six months. Each case is unique, and some cases may take longer than others. Processing times should be used as a reference point, not an absolute measure of how long your case will take to be completed.

Learn more about processing times (./more-info).

## ⓘ When can I ask about my case?

Many routine factors impact how quickly a case is processed. We only allow inquiries for cases that are well outside the processing time listed above.

Learn more about the Case Inquiry Date (./more-info).

Enter your receipt date below to find out if you can contact us with questions.

**When is your receipt date?**

| mm/dd/yyyy |    **Get Inquiry Date**

## ↗ Other case processing times resources

Reducing Processing Backlogs (./reducing-processing-backlogs)

Frequently Asked Questions About Processing Times (./processing-times-faqs)

When to expect to receive your Green Card (./expect-green-card)

Processing information for the I-765 (./i765)

Affirmative Asylum Interview Scheduling (http://www.uscis.gov/humanitarian/refugees-asylum/asylum/affirmative-asylum-scheduling-bulletin)

Administrative Appeals Office (https://www.uscis.gov/about-us/directorates-and-program-offices/administrative-appeals-office-aao/aao-processing-times)

Historical Average Processing Times (./historic-pt)

Parole Processing (https://www.uscis.gov/humanitarian/humanitarian-parole/parole-processing)

3

❓

**EXHIBIT C**

# THE UNITED STATES OF AMERICA
## I-797 NOTICE OF ACTION

ALI HAMDA THAER
[address illegible]
BLOOMINGTON CA [illegible]

Notice Type: Approval Notice
Section: Husband or wife of U.S. Citizen, 201(b) INA

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative of record, if any) an opportunity to address that information before we make a formal decision on your case or start proceedings.

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

USCIS Contact Center: www.uscis.gov/contactcenter


