| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Salah Khatib, Esq. <br> 501 North Brookhurst Street, Ste. 202 <br> Anaheim, CA 92801 <br> (714) 535-5600 | |
| ATTORNEY(S) FOR: Plaintiffs | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Owda Darabuawad; All Thaer | CASE NUMBER: |
|---|---|
| Plaintiff(s), <br> v. <br> United States Department of Homeland Security, et al. <br> Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiffs _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Owda Darabuawad - Plaintiff | No pecuniary interest |
| All Thaer - Plaintiff | No pecuniary interest |
| U.S. Department of Homeland Security - Defendant | No pecuniary interest |
| U.S. Citizenship and Immigration Services - Defendant | No pecuniary interest |
| Alejandro Mayorkas - Defendant | No pecuniary interest |
| Ur M. Jaddou - Defendant | No pecuniary interest |
| Santa Ana Field Office - Defendant | No pecuniary interest |
| Trung Vo - Defendant | No pecuniary interest |
| Christopher A. Wray - Defendant | No pecuniary interest |

| 01/22/2024 | /s/ Salah Khatib, Esq. |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs